IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE CHARLES
CARPENTER, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

CASE NO. 1D15-1440

v.

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed July 9, 2015.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original
Jurisdiction.

Willie Charles Carpenter, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition alleging ineffective assistance of appellate counsel is denied on the

merits.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.